1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY SANCHEZ, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VAIL RESORTS MANAGEMENT COMPANY, a Colorado corporation; TRIMONT LAND COMPANY, a California corporation; VAIL RESORTS, INC., a business entity of unknown form; THE VAIL CORPORATION; a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01259-WBS-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:        November 17, 2025<br>Time:        1:30 p.m.<br>Courtroom:   5, 14th Floor<br><br>Nevada County Superior Court<br>Case No. CU0001761<br><br>Complaint Filed: December 10, 2024<br>Trial Date:      Not Set |

Having reviewed the Parties' Joint Stipulation to Vacate Case Management Conference, and good cause appearing, the Court hereby orders as follows

1. The initial case management conference scheduled for November 17, 2025 is reset for **January 12, 2026 at 1:30 p.m.**
2. No later than **December 29, 2025**, the parties shall either file joint status report, a stipulation to stay the action, or defendants shall file a motion seeking the same relief.

**IT IS SO ORDERED.**

Dated:  November 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE