1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11  ASHLEY SANCHEZ, an individual on behalf of herself and all others similarly situated,

12              Plaintiff,

13        v.

14  VAIL RESORTS MANAGEMENT
    COMPANY, a Colorado corporation;
15  TRIMONT LAND COMPANY, a California
    corporation; VAIL RESORTS, INC., a
16  business entity of unknown form; THE VAIL
    CORPORATION; a business entity of
17  unknown form; and DOES 1 through 50,
    inclusive,
18
              Defendants.
19

Case No. 2:25-cv-01259-WBS-SCR

**ORDER GRANTING JOINT STIPULATION
TO CONTINUE CASE MANAGEMENT
CONFERENCE**

Date:          January 12, 2026
Time:          1:30 p.m.
Courtroom:     5, 14th Floor

Nevada County Superior Court
Case No. CU0001761

Complaint Filed:  December 10, 2024
Trial Date:       Not Set

20
21
22
23
24
25
26
27
28

Having reviewed the Parties' Joint Stipulation to Continue the Case Management Conference, and good cause appearing, the Court hereby orders as follows

1. The initial case management conference scheduled for January 12, 2026 is continued by 30 days to February 23, 2026.

**IT IS SO ORDERED.**

Dated:  December 19, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO VACATE CASE MANAGEMENT CONFERENCE