# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY SANCHEZ, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VAIL RESORTS MANAGEMENT COMPANY, a Colorado corporation; TRIMONT LAND COMPANY, a California corporation; VAIL RESORTS, INC., a business entity of unknown form; THE VAIL CORPORATION; a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01259-WBS-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE BASED ON DEFENDANTS' FORTHCOMING MOTION TO STAY AND PLAINTIFF'S MOTION TO DISMISS**<br><br>Date:           February 23, 2026<br>Time:          1:30 p.m.<br>Courtroom:   5, 14th Floor<br><br>Nevada County Superior Court<br>Case No. CU0001761<br><br>Complaint Filed:  December 10, 2024<br>Trial Date:          Not Set |

ORDER GRANTING JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE BASED ON DEFENDANTS' FORTHCOMING MOTION TO STAY AND PLAINTIFF'S MOTION TO DISMISS

Having reviewed the Parties' Joint Stipulation to Vacate Case Management Conference, and good cause appearing, the Court hereby orders as follows

1. The initial case management conference scheduled for January 23, 2026 is vacated and reset for **June 15, 2026 at 1:30 p.m.**

2. A joint status report shall be filed no later than **June 1, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed May 2, 2025 (Docket No. 2)..

3. The Court shall issue a further case management order upon issuing a decision regarding the Parties' motions and upon receipt of the parties' joint status report.

**IT IS SO ORDERED.**

Dated: February 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2                                    Case No. 2:25-cv-01259-WBS-SCR

ORDER GRANTING JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE BASED ON DEFENDANTS' FORTHCOMING MOTION TO STAY AND PLAINTIFF'S MOTION TO DISMISS